JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE GARCIA, JR., | No.  CV 12-942 PA (FMOx) |
| Plaintiff, | JUDGMENT |
| v. | |
| UNITED STATES OF AMERICA, et al., | |
| Defendants. | |

In accordance with the Court's January 18, 2013 Order granting the Motion for Summary Judgment filed by defendant United States of America ("United States") as to the claims asserted by plaintiff George Garcia, Jr. ("Garcia"),

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the United States shall have judgment entered in its favor against Garcia.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Garcia take nothing.

DATED:  January 18, 2013

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE