JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| GEORGE GARCIA, JR., | No. CV 12-00942 PA(FMOx) |
| Plaintiff, | |
| v. | |
| UNITED STATES OF AMERICA, | Honorable Percy Anderson<br>United States District Judge |
| Defendant. | |

**<u>ORDER DISMISSING ACTION WITH PREJUDICE</u>**

The parties having filed a Stipulation for Dismissal with Prejudice Pursuant to Federal Rules of Civil Procedure 41(a)(2),

IT IS HEREBY ORDERED:

1. Plaintiff George Garcia, Jr.'s action is dismissed with prejudice in its entirety; and

2. Each party shall bear their own costs of suit, expenses, and fees, including but not limited to attorneys' fees.

Dated: July 17, 2015

_____
HONORABLE PERCY ANDERSON
UNITED STATES DISTRICT JUDGE

**JS-6**